# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
## GREENBELT DIVISION

| | |
|---|---|
| SHERLENE WEGNER, on behalf of herself and others similarly situated, ) ) ) Plaintiffs, ) ) vs. ) ) CARAHSOFT TECHNOLOGY CORP. ) ) Defendant. ) | Case no.: 8:20-cv-00305-PJM |

## NOTICE OF SUPPLEMENTAL FILING

**COMES NOW**, the Plaintiff Sherlene Wegner, on behalf of herself and all others similarly situated, and hereby provides the attached supplemental filing as it relates to the *Memorandum in Support of the Joint Motion for Approval of Settlement Agreement and Release* (Doc. #85-1). The parties need to correct the filing marked as Exhibit A (Doc. #85-2) as it was an incomplete copy of the Settlement Agreement and Release. The attached shall replace Doc. #85-2.

Respectfully submitted,



| | |
|---|---|
| Natalie Cater Moffett<br>Bar No. 17227<br>**Cater Moffett Law Firm**<br>1730 Rhode Island Ave., NW<br>Suite 715<br>Washington, D.C. 20036<br>Tel : (202) 251-6438<br>natalie@catermoffettlaw.com | */s/ Brendan J. Donelon*<br>Brendan J. Donelon,* MO Bar. #43901<br>4600 Madison, Suite 810<br>Kansas City, Missouri 64112<br>Tel:    (816) 221-7100<br>Fax:   (816) 709-1044<br>brendan@donelonpc.com<br><br>Daniel W. Craig,*  MO Bar. #43883<br>6642 Clayton Rd., #320<br>St. Louis, Missouri 63117<br>Tel:    (314) 297-8385<br>Fax:   (816) 709-1044<br>dan@donelonpc.com<br><br>*admitted pro hac vice<br><br>Attorney for Plaintiffs |

Certificate of Service

I hereby certify that on November 2, 2021 a true and correct copy of the above and foregoing was sent to defense counsel of record pursuant to this Court's CM/ECF requirements.

Raymond Baldwin
Christine M. Costantino
**Seyfarth Shaw LLP**
975 F Street, N.W.
Washington, DC 20004
Direct: +1-202-828-3583
RBaldwin@seyfarth.com
CCostantino@seyfarth.com

Attorneys for Defendant

2