# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
## GREENBELT DIVISION

| | |
|---|---|
| SHERLENE WEGNER, on behalf of herself and others similarly situated, ) ) ) | |
| Plaintiffs, ) ) | Case no.: 8:20-cv-00305-PJM |
| vs. ) ) | |
| CARAHSOFT TECHNOLOGY CORP. ) ) | |
| Defendant. ) | |

## NOTICE OF SUPPLEMENTAL FILING

**COMES NOW**, the Plaintiff Sherlene Wegner, on behalf of herself and all others similarly situated, and hereby provides the attached supplemental filing as it relates to the *Memorandum in Support of the Joint Motion for Approval of Settlement Agreement and Release* (Doc. #85-1). The parties need to add a fully executed Settlement and Release agreement marked as Exhibit A (Doc. #85-2). The attached shall replace Doc. #85-2.

Respectfully submitted,

Natalie Cater Moffett
Bar No. 17227
**Cater Moffett Law Firm**
1730 Rhode Island Ave., NW
Suite 715
Washington, D.C. 20036
Tel : (202) 251-6438
natalie@catermoffettlaw.com



*/s/ Brendan J. Donelon*
Brendan J. Donelon,* MO Bar. #43901
4600 Madison, Suite 810
Kansas City, Missouri 64112
Tel:   (816) 221-7100
Fax:   (816) 709-1044
brendan@donelonpc.com

Daniel W. Craig,*  MO Bar. #43883
6642 Clayton Rd., #320
St. Louis, Missouri 63117
Tel:   (314) 297-8385
Fax:   (816) 709-1044
dan@donelonpc.com

*admitted pro hac vice

Attorney for Plaintiffs

Certificate of Service

I hereby certify that on November 15, 2021 a true and correct copy of the above and foregoing was sent to defense counsel of record pursuant to this Court's CM/ECF requirements.

Raymond Baldwin
Christine M. Costantino
**Seyfarth Shaw LLP**
975 F Street, N.W.
Washington, DC 20004
Direct: +1-202-828-3583
RBaldwin@seyfarth.com
CCostantino@seyfarth.com

Attorneys for Defendant