## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **SHERLENE WEGNER, on behalf of**<br>**herself and others similarly situated,** | * <br> * <br> * |
| Plaintiffs, | * <br> * |
| v. | *   Civil No. PJM 20-00305 <br> * |
| **CARAHSOFT TECHNOLOGY CORP.,** | * <br> * |
| Defendant. | * |

### FINAL ORDER OF JUDGMENT

Upon consideration of the Joint Motion for Approval of Settlement Agreement and Release, ECF No. 85, the Motion for Approval of Attorneys' Fees, Expenses and Service Award, ECF No. 86, the Supplemental filing of the Settlement Agreement, ECF No. 88, and the Joint Findings of Fact and Conclusions of Law, ECF No. 91, it is, for the reasons set forth in the accompanying Memorandum Opinion, this __1__ of February 2022,

**ORDERED**

1. The Joint Findings of Fact and Conclusions of Law, ECF No. 91, are **ADOPTED**;

2. The Joint Motion for Approval of Settlement, ECF No. 85, is **GRANTED** and the Complaint, ECF No. 1, is **DISMISSED WITH PREJUDICE**;

3. Plaintiffs' unopposed Motion for Approval of Attorneys' Fees, Expenses, and Service Award, ECF No. 86, is **GRANTED**;

4. **FINAL JUDGMENT** is **ENTERED** in favor of Plaintiffs and against Defendant in the amount of $133,940.74;

5. **FINAL JUDGMENT** for attorneys' fees in the amount of $70,950.00 is **ENTERED** in favor of Plaintiffs' counsel and against Defendant;

6. **FINAL JUDGMENT** for reimbursed costs in the amount of $9,109.26 is **ENTERED** in favor of Plaintiffs' counsel and against Defendant;

7. **FINAL JUDGMENT** for service award for Named Plaintiff Sherlene Wegner in the amount of $1,000.000 is **ENTERED** against Defendant;

8. Within 120 days, Class Counsel **SHALL FILE** a status report indicating that the award fund has been fully disbursed or proposing a schedule for the remaining disbursements;

9. The Clerk of the Court is directed to **ADMINISTRATIVELY CLOSE** the case. The Court will permanently close the case upon confirmation that all Plaintiffs have received their awards.

/s/
_____
**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**